**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CASSANDRA ANN THOMAS, | Case No. 2:16-cv-00080-JAD-CWH |
| Plaintiff, | |
| v. | |
| JAMES G. COX, et al., | **ORDER** |
| Defendants. | |

Presently before the court is attorney Travis N. Barrick's motion (ECF No. 21) to appear on behalf of Plaintiff for the limited purpose of obtaining a private medical examination, filed on September 16, 2016. Defendants have not filed a response.

Plaintiff is incarcerated and representing herself in this matter. Mr. Barrick requests leave to appear solely in order to assist Plaintiff to obtain a medical examination from a private doctor in order to help establish claims made by Plaintiff. Upon review, this court will grant Mr. Barrick's request.

IT IS THEREFORE ORDERED that attorney Travis N. Barrick may appear in this case on behalf of Plaintiff in order to coordinate her medical examination. Mr. Barrick will have no other obligations in this case, and will not be listed as attorney of record in this matter unless further ordered.

DATED: September 20, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge