AARON D. FORD
  Attorney General
IAN E. CARR, Bar No. 13840
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1259
E-mail:  icarr@ag.nv.gov

*Attorneys for Defendants
Jo Gentry, Romeo Aranas, Beebe Clark,
Dulce Kabatay, John Faulkner, James Cox,
Christopher Nehls, Nevada Department of
Corrections, Brian Sandoval, Barbara
Cegavske, Adam Laxalt, James Dzurenda,
and Board of Prison Commissioners*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CASSANDRA THOMAS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES COX, et al.,<br><br>　　　　　　　Defendants | Case No.  2:16-cv-00080-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　Plaintiff, Cassandra Thomas, by and through counsel, Travis N. Barrick, Esq., and Defendants, Jo Gentry, Romeo Aranas, Beebe Clark, Dulce Kabatay, John Faulkner, James Cox, Christopher Nehls, Nevada Department of Corrections, Brian Sandoval, Barbara Cegavske, Adam Laxalt, James Dzurenda, and Board of Prison Commissioners (Defendants), by and through counsel Aaron D. Ford, Attorney General of the State of Nevada, and Ian E. Carr, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed in its entirety with prejudice by order of this Court.

　　　Pursuant to the agreement of the parties, the Court shall retain jurisdiction over settlement enforcement until the fulfillment of the relevant terms.  *See* ECF No. 80.

/ / /

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties.  Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs as specified in the Settlement Agreement.

* * *

DATED this 14th day of January, 2019.                  DATED this 14th day of January, 2019.

AARON D. FORD
Attorney General

By: ___/s/ Travis N. Barrick /s/_____          By: _____
TRAVIS N. BARRICK, ESQ.                                IAN CARR
Gallian Welker & Beckstrom, LC                         Deputy Attorney General
*Attorneys for Plaintiff*                              Bureau of Litigation
                                                       Public Safety Division
                                                       *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

**DATED:** _____.

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 14th day of January, 2019, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Travis N. Barrick, Esq.
Gallian Welker & Beckstrom, LC
540 E. St. Louis Avenue
Las Vegas, NV 89104
tbarrick@vegascase.com

_____
An employee of the
Office of the Attorney General